In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00420-CV


 ____________________



IN RE FALLON GORDON






Original Proceeding 






MEMORANDUM OPINION



 Fallon Gordon filed a petition for writ of mandamus. We granted a motion for
temporary relief and requested a response. We subsequently modified the stay at the request
of the parties. The parties have now filed an agreed motion to dismiss this original
proceeding. The motion is voluntarily made by the parties prior to any decision of this Court.
 See Tex. R. App. P. 42.1(a). We grant the motion, vacate our stay order as modified, and
dismiss the petition for writ of mandamus without reference to the merits.

 PETITION DISMISSED.

 PER CURIAM


Opinion Delivered December 17, 2009


Before Gaultney, Kreger and Horton, JJ.